IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CV-61-M

| | |
|---|---|
| TONYA BARBER, ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| COASTAL HORIZONS CENTER, INC., ) | |
| ) | |
| ) | |
| Defendant/Counter Claimant. ) | |

This matter is before the court on Defendant/Counter Claimant Coastal Horizon Center, Inc.'s ("Defendant") motion to modify the attendance requirements of the court-hosted settlement conference scheduled for Wednesday, December 4, 2024 so that a representative of Defendant's insurance carrier is allowed to attend the mediation virtually, as she lives out of state. [DE-156]. Defendant's motion states that Plaintiff opposes the request, however Plaintiff's counsel has notified the court that she does not intend to respond. For good cause shown, the motion is allowed, and Defendant's insurance representative may appear remotely by video conference or telephone at the court-hosted settlement conference. A member of the court's IT staff will contact defense counsel to coordinate the remote appearance.

SO ORDERED, the 10 day of October, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge