IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:21-cv-00061

TONYA BARBER,

    Plaintiff,

v.

COASTAL HORIZONS CENTER, INC.,

    Defendant.

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

Plaintiff Tonya Barber and Defendant Coastal Horizons Center, Inc., by and through their undersigned counsel, hereby notify the Court that the parties have conditionally resolved this matter. The resolution disposes of the entire case, including all claims and counter claims, and the parties anticipate finalizing their resolution and filing a joint stipulation to dismiss this case with prejudice on or before February 25, 2025.

Accordingly, the Parties respectfully request that the Court vacate all current deadlines and court dates in this matter.

Respectfully submitted this the 4th day of February, 2025.

| | |
|---|---|
| */s/ L. Michelle Gessner* <br> L. Michelle Gessner (N.C. Bar No. 26590) <br> GessnerLaw, PLLC <br> 602 East Morehead Street <br> Charlotte, NC 28202 <br> Telephone: (844) 437-7637 <br> Email: michelle@mgessnerlaw.com <br> ***Attorney for Plaintiff*** | */s/ J. Lawson Hester* <br> J. LAWSON HESTER N.C. Bar No. 57754 <br> BENTON L. TOUPS N.C. Bar No. 28910 <br> 5535 Currituck Drive, Suite 210 <br> Wilmington, NC 28403 <br> Telephone: (910) 777-6000 <br> Facsimile: (910) 777-6111 E-mail: <br> btoups@cshlaw.com  lhester@cshlaw.com <br> ***Counsel for Defendant*** |