**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Civil Action No. 7:21-cv-00061-M

| | |
|---|---|
| TONYA BARBER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COASTAL HORIZONS CENTER, INC.,<br><br>　　　　Defendant. | **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate to dismissal, with prejudice, of all claims against Plaintiff and/or Defendant in the above-captioned matter, with prejudice, and each party bearing their own attorneys' fees and costs.

Respectfully submitted this 18th day of February 2025.

*/s/ L. Michelle Gessner*
L. Michelle Gessner, N.C. Bar No. 26590
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Tel: (704) 234-7442; Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com

*Attorney for Plaintiff*

*/s/ Benton L. Toups*
BENTON L. TOUPS N.C. State Bar No. 28910 J.
LAWSON HESTER N.C. State Bar No. 57754
5535 Currituck Drive, Suite 210
Wilmington, NC 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: btoups@cshlaw.com
lhester@cshlaw.com

*Attorneys for Defendant*